# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ALLAH,<br>*Plaintiff*<br>v.<br>DEPARTMENT OF CORRECTIONS, BERNARD WARNER, DONALD R. HOLBROOK, BRUCE A. SPANNER, SUSAN W. KEY, CYNTHIA JERNEE, SHARI HARMON, and JANE and JOHN DOES<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>) Civil Action No.  4:16-CV-5061-SAB |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Application to Proceed In Forma Pauperis is DENIED and this action is DISMISSED without prejudce to filing a new action in an appropriate forum utilizing an appropriate vehicle (i.e., Petition for Writ of Habeas Corpus).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Stanley A. Bastian  on an application to Proceed Informa Pauperis, ECF No. 4.

Date:  06/13/2016

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates
*(By) Deputy Clerk*